## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                     )              BK No.:    20-17636
Patricia L Barriera                        )
Juan F Barriera                            )
                                           )              Chapter:  13
                                           )              Honorable Carol A. Doyle
                                           )
                                           )
            Debtor(s)                      )

### ORDER ALLOWING LATE FILED CLAIM

This cause coming to be heard on Motion of the debtors to extend the time to file a claim on behalf of a creditor; IT IS ORDERED:

The motion is GRANTED as follows:

1.  The time for the debtor to file a Proof of Claim for United States Department of Education is extended to August 20, 2021.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  July 20, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600