UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Patricia L Barriera FKA Patricia L Cruz<br>Juan F Barriera<br><br>Debtor(s) | BK No.:   20-17636<br><br>Chapter:  13<br>Honorable Timothy Barnes |

### AGREED ORDER RESOLVING NEW AMERICAN FUNDING, LLC FKA BROKER SOLUTIONS INC. DBA NEW AMERICAN FUNDING'S MOTION FOR RELIEF FROM STAY FOR PROPERTY LOCATED AT 3857 N PITTSBURGH AVE, CHICAGO, IL 60634 (DOCKET # 46)

This matter coming to be heard on the Motion for Relief from Stay (Dkt. #46) which was filed in this court by New American Funding, LLC FKA Broker Solutions Inc. dba New American Funding ("Movant"), Movant and Patricia L Barriera FKA Patricia L Cruz and Juan F Barriera (collectively, "Debtor"), by and through their attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of August 2023 to and including November 2023, incurring a total post-petition arrearage of $7,161.60, which consists of 1 post-petition payment for August 1, 2023 at $1,776.63 each, 2 post-petition payments for September 1, 2023 through November 1, 2023 at $1,544.99 each, and attorney fees and costs of $750.00. There is $1,202.75 in suspense, which reduces the total postpetition arrearage to $5,958.85.

IT IS HEREBY ORDERED:

1. In order to partially eliminate said post-petition delinquency, Debtor agrees to submit to Movant and Movant agrees to accept a lump sum payment in the amount of $2,000.00 on or before November 3, 2023, in addition to $1,544.99 on or before November 15, 2023 reducing the post-petition delinquency to $2,413.86.

2. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:
a. $402.31 on or before December 20, 2023;
b. $402.31 on or before January 20, 2024;
c. $402.31 on or before February 20, 2024;
d. $402.31 on or before March 20, 2024;
e. $402.31 on or before April 20, 2024; and
f. $402.31 on or before May 20, 2024.

3. That Movant must receive the payments listed on Paragraph #1 and Paragraph #2 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and their attorney, the stay shall be automatically modified so as to not restrain Movant from pursuing in rem nonbankruptcy remedies as to 3857 N PITTSBURGH AVE,

CHICAGO, IL 60634, upon filing a Notice of Failure to Comply with Order with the clerk of the court.

4. Debtor must continue to make timely post-petition mortgage payments directly to Movant beginning December 1, 2023.

5. If Debtor fails to pay two (2) future monthly mortgage payment on or before the date on which it is due and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and their attorney, the stay shall be automatically modified so as to not restrain Movant from pursuing in rem nonbankruptcy remedies as to 3857 N PITTSBURGH AVE, CHICAGO, IL 60634, upon filing a Notice of Failure to Comply with Order with the clerk of the court.

6. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

7. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

/s/Todd J Ruchman
Attorney for Movant

/s/Michelle Mandroiu
Attorney for Debtor

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 09, 2023

**Prepared by:**

Todd J. Ruchman (6271827)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant