UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | |
|---|---|
| In Re:<br>PATRICIA L. BARRIERA, and<br>JUAN F. BARRIERA<br><br>Debtor(s) | BK No.: 20-17636<br><br>Chapter: 13<br>Honorable Timothy Barnes |

**AGREED ORDER CONDITIONING AUTOMATIC STAY**

This matter coming before the Court on the motion of AMERICAN HONDA FINANCE CORPORATION ("Honda") to modify automatic stay, and the parties being in agreement;

IT IS ORDERED:

1. The automatic stay remains in effect as to Honda subject to the conditions of this Order;

2. Patricia L. Barriera and Juan F. Barriera ("Debtors") agree to at all times maintain valid insurance on the 2019 Honda CRV motor vehicle bearing a Vehicle Identification Number of 5J6RW2H50KL016955 (the "Vehicle") wherein Honda is listed as the lienholder/loss payee and agree to provide Honda with proof of same upon renewal or any changes in coverage;

3. In the event Debtors fail to tender payment to Honda pursuant to the Chapter 13 Plan and Retail Installment Contract, to the extent that non-payment results in a default in payment obligations to Honda of two (2) or more monthly payments, or otherwise fails to comply with any of the other terms or conditions of this Order, such failure will constitute a default by Debtors of the provisions of this Order;

4. Upon default as described above, Honda will file with the Court and serve upon Debtors and counsel a Notice of Default;

5. If such default is not cured within fourteen (14) days of notice, the automatic stay will terminate upon the filing of a Notice of Termination and Honda will have the right to pursue its in rem nonbankruptcy remedies with respect to the Vehicle without having to seek further leave of Court.

AGREED:

| | |
|---|---|
| /s/ Michelle E. Mandroiu | /s/ Cari A. Kauffman |
| On behalf of Debtors, Patricia L. Barriera and Juan F. Barriera | On behalf of American Honda Finance Corporation |

Enter: *[signature]*

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  March 28, 2024

**Prepared by:**

Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)